218 P.3d 385

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| State v. Fernandez | 29389 | 10/15/2009 | Affirmed |
| Tour2000 Co., Ltd. v. Koreana Tour Service, Inc. | 28209 | 10/23/2009 | Affirmed |
| Mangel v. Mangel | 28913 | 10/23/2009 | Affirmed |
| State v. Say | 28810 | 10/30/2009 | Vacated & remanded |
| State v. Siufanua | 29183 | 10/30/2009 | Affirmed & dismissed |